BEFORE: WILLIAM D. WALL                           DATE: 03/31/09

UNITED STATES MAGISTRATE JUDGE                    TIME: 2:30 PM

DOCKET NO. CV 08-2221                             ASSIGNED JUDGE: WEXLER

CASE NAME: LEXICO ENTERPRISES INC. V. CUMBERLAND FARMS, INC.

CIVIL CONFERENCE

Initial ___ Telephone-Status _X_ Settlement ___ Pretrial ___ Other:___

APPEARANCES:   Plaintiff    Kenneth Geller


               Defendant   Laurie Sullivan

                           Paul Sanson

**SCHEDULING:** The next Pretrial conference will be held on July 15, 2009 at 2:00 pm, as previously scheduled.

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐ Referred to mediation by separate order.

☐ The joint pretrial order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge

x☐ Other: Plaintiff's motion to extend discovery (DE 13) is GRANTED in part and DENIED in part. All fact discovery shall be completed no later than June 30, 2009. The plaintiff shall serve Rule 26 expert reports by May 15, 2009. The defendant shall serve Rule 26 expert reports by June 15, 2009. Depositions of experts may be taken anytime prior to trial. Any party intending to file a Rule 56 Motion shall request a premotion conference with Judge Wexler by June 30, 2009. A joint proposed pretrial order shall be submitted at the next conference.

      Plaintiff's motion to compel (DE 14) is DENIED for the reasons stated on today's record.

                                                                            SO ORDERED

_____          _/ s/ William D. Wall_____
WILLIAM D. WALL
United States Magistrate Judge